UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY PAGAN,

Petitioner,

v.

LINDA SANDERS, Warden.

Respondent.

Case No. CV 09-4709-VBF (OP)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss for failure to exhaust administrative remedies; and (3) directing that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: June 24, 2010

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge