UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY PAGAN, | ) | Case No. CV 09-4709-VBF (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA SANDERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 24, 2010

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge